IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALTER B. FARVER, SR.                                                                                              PLAINTIFF
ADC # 88281

v.                          Case No. 5:14-cv-00142-KGB/JTK

GREG BOLIN                                                                                                              DEFENDANTS

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 4). Plaintiff Walter B. Farver filed timely objections (Dkt. No. 5). After a review of the Proposed Findings and Recommendations and objections, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety.

It is therefore ordered that:

1.    Mr. Farver's motion to proceed *in forma pauperis* is denied (Dkt. No. 1).

2     Mr. Farver's complaint is dismissed without prejudice (Dkt. No. 2).

3.    Should Mr. Farver wish to continue this case, he must submit the statutory filing fee of $400.00 to the Clerk of the Court, noting the above case style number, within 10 days of the date this Order, together with a motion to reopen the case. Upon receipt of the motion and full payment, this case will be reopened.

SO ORDERED this the 18th day of February, 2015.

_____
Kristine G. Baker
United States District Judge